**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESG CAPITAL PARTNERS, LP, and LIMITED PARTNERS,<br><br>Plaintiffs,<br>v.<br>TROY STRATOS aka "Ken Dennis," VENABLE LLP, DAVID MEYER, and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01639 ODW(SHx)<br><br>**JUDGMENT FOR DEFENDANTS VENABLE LLP AND DAVID MEYER** |

Having granted Defendants Venable LLP and David Meyer's Motion to Dismiss with prejudice (ECF No. 56), and finding no just reason for delay, the Court orders that judgment be entered as follows:

1. Judgment is hereby entered in favor of Defendants Venable LLP and David Meyer and against Plaintiffs ESG Capital Partners, LP and its limited partners on all claims for relief in Plaintiffs' First Amended Complaint.

2. Plaintiffs shall take nothing against Defendants Venable LLP or David Meyer.

///

///

///

3. Defendants Venable LLP and David Meyer shall recover their costs of suit incurred in this action.

**IT IS SO ORDERED.**

September 13, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2