# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-091639-ODW (SHx) | Date | April 2, 2014 |
|---|---|---|---|
| Title | ESG Capital Partners LP, et al., v. Troy Stratos, et al., | | |

| Present: The Honorable | Stephen J. Hillman | | |
|---|---|---|---|
| Sandra Butler | | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| N/A | | N/A | |

**Proceedings:**     (IN CHAMBERS)

(1) Nonparty Venable LLP's ("Venable") Motion for Protective Order and to Quash; and (2) Nonparty David Meyer's Motion for Protective Order and Motion to Quash:

This Court having considered the memoranda submitted, the relevant authorities, pleadings and materials subject to judicial notice, hereby grants Venable's Motion and Meyer's motion, and Quashes the Subpoenas.

The Subpoenas are grossly overbroad. The Subpoenas seek documents and information nonparties who are entitled under applicable Ninth Circuit law to extensive protections from discovery many of which have nothing to do with plaintiffs' remaining claims against defendant Tony Stratos. As confirmed by plaintiffs' repeated refusal to narrow the Subpoenas at all, the Court concludes the real purpose of the Subpoenas is to gather materials that plaintiffs hope to use against Venable if their pending appeal of Venable's dismissal from this action is successful. To permit this discovery while plaintiffs' appeal is pending would allow plaintiffs to improperly circumvent the policies behind the Private Securities Litigation Reform Act and its mandatory discovery stay.

The Subpoenas also seek the production of facially privileged documents and information, is overly broad as to both time and subject matter, and is unduly burdensome.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-091639-ODW (SHx) | Date | April 2, 2014 |
|---|---|---|---|
| Title | ESG Capital Partners LP, et al., v. Troy Stratos, et al., | | |

Moreover, plaintiffs have neither established a waiver of the attorney-client privilege, nor the crime-fraud exception.

Venable's and Meyer's requests for reasonable attorneys' fees and expenses incurred in connection with filing the Motions will be granted. Plaintiffs' position was without substantial justification.

**cc:**    **District Judge Wright**
**Counsel of Record***
***the term "counsel" as used herein also includes any pro se party.**
**See Local Rule 2.9.3.**

                                                                                                          :
Initials of Preparer