O

# United States District Court
# Central District of California

| | |
|---|---|
| ESG CAPITAL PARTNERS LP et al., <br><br> Plaintiffs, <br><br> v. <br><br> TROY STRATOS et al., <br><br> Defendants. | Case № 2:13-cv-01639-ODW(SHx) <br><br><br> **MINUTES OF AUGUST 5, 2014** <br> **TELEPHONIC CONFERENCE** |

On August 5, 2014, the Court held a telephonic conference between the current attorneys of record for Plaintiffs and Defendant Troy Stratos. After discussing Plaintiffs' anticipated summary-judgment motion and Stratos's counsel's pending request for withdrawal, the Court rules as follows:

- The Court **GRANTS** the Request for Approval of Withdrawal of Counsel (ECF No. 187). Nathan Smith and Geoffrey Neri shall be relieved from representing Stratos, and Stratos shall proceed pro se in this action unless he obtains substitute counsel;

- The Court **VACATES IN PART** the August 4, 2014 Order Setting Last Day for Hearing Motions to the extent that the Court authorized the filing of any summary-judgment motions (ECF No. 207); and

- The Court **STAYS** this action pending resolution of Stratos's pending criminal matters in the United States District Court for the Eastern District of California,

Case № 2:11-cr-537-LKK. The Court orders Plaintiffs' counsel to file a status report with the Court within 21 days of resolution of the entirety of that case.

**IT IS SO ORDERED.**

August 5, 2014

```
                           _____
                              OTIS D. WRIGHT, II
                           UNITED STATES DISTRICT JUDGE
```